# MEMORANDUM DECISIONS

---

### 1

C. L. BEENE v. STATE. (No. 10201.) (Court of Criminal Appeals of Texas. Oct. 6, 1926.) Appeal from District Court, Rains County; J. M. Melson, Judge. O. H. Rodes, of Emory, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. From a conviction for aggravated assault, with an assessed penalty of 90 days' confinement in the county jail and a fine of $50, appellant perfected his appeal. He has now filed an affidavit advising this court that he desires to withdraw his appeal. It is therefore ordered dismissed.